# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Grabowski, | **NO. CV-19-00460-TUC-SHR** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Arizona Board of Regents, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 15, 2022, judgment is entered in favor of University Defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

April 15, 2022

                                                s/ A. Calderón
                                      By   Deputy Clerk