

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

May 11, 2022

| | |
|---|---|
| No.: | 22-15714 |
| D.C. No.: | 4:19-cv-00460-SHR |
| Short Title: | Michael Grabowski v. Arizona Board of Regents, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 11 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL GRABOWSKI, a single man,<br><br>           Plaintiff - Appellant,<br><br> v.<br><br>ARIZONA BOARD OF REGENTS; UNIVERSITY OF ARIZONA; FREDERICK LEE HARVEY, Director of Cross-Country/Track and Field; JANET HARVEY, Wife; HANNAH VIVIAN PETERSON, Assistant Coach of Cross-Country/Distance, a single woman; JAMES L. LI, Associate Head Coach of Cross-Country/Distance; JEAN WANG, Wife; JAMES L. FRANCES, Senior Associate Director of Athletics/Track and Field; TAMMY FRANCES, Wife; KIM HANSON BARNES, Executive Senior Associate Director of Athletics; ANDREW BARNES, Husband; DAVID WOOD HEEKE, Director of Athletics; ELIZABETH PANGBORN HEEKE, Wife; BENJAMIN JAMES CRAWFORD, Associate Athletics Trainer, a single man; CARLOS VILLAREAL, Student; HUNTER DAVILA, Student; JAMES L. FRANCIS, Senior Associate Director of Athletics/Track and Field at the | No. 22-15714<br><br>D.C. No. 4:19-cv-00460-SHR<br>U.S. District Court for Arizona, Tucson<br><br>**TIME SCHEDULE ORDER** |

University of Arizona; TAMMI FRANCIS, Wife; ERIKA KIM HANSON BARNES, Executive Senior Associate Director of Athletics at the University of Arizona,

        Defendants - Appellees.

The parties shall meet the following time schedule.

| | |
|---|---|
| **Wed., May 18, 2022** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., July 11, 2022** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., August 8, 2022** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Janne Nicole Millare Rivera
        Deputy Clerk
        Ninth Circuit Rule 27-7