UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL GRABOWSKI, a single man,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>ARIZONA BOARD OF REGENTS; UNIVERSITY OF ARIZONA, FREDERICK LEE HARVEY, Director of Cross-Country/Track and Field, JANET HARVEY, Wife, JAMES L. LI, Associate Head Coach of Cross-Country/Distance, JEAN WANG, Wife, JAMES L. FRANCIS, Senior Associate Director of Athletics/Track and Field at the University of Arizona,<br><br>　　　　　Defendants - Appellees,<br><br>and<br><br>HANNAH VIVIAN PETERSON, Assistant Coach of Cross-Country/Distance, a single woman, TAMMY FRANCES, Wife, KIM HANSON BARNES, Executive Senior Associate Director of Athletics, ANDREW BARNES, Husband; et al.,<br><br>　　　　　Defendants. | No. 22-15714<br><br>D.C. No. 4:19-cv-00460-SHR<br>U.S. District Court for Arizona, Tucson<br><br>**MANDATE** |

The judgment of this Court, entered June 13, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT